July 09, 2004

Mr. Charles S. Frigerio
Law Offices of Charles S. Frigerio
111 Soledad, Suite 840
San Antonio, TX 78205
Mr. Curtis L. Cukjati
Martin & Cukjati LLP
333 Convent Street
San Antonio, TX 78205-1348

RE: Case Number: 02-0260
 Court of Appeals Number: 04-99-00779-CV
 Trial Court Number: 96-CI-08259

Style: ANNE BALLANTYNE, MARY MCCOMB, JON SANDIGE, RICHARD SCHIMPFF,
 AND SUSIE WILLERSON
 v.
 CHAMPION BUILDERS, INC., AND PRIMERO PROJECTS, L.L.C.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above referenced cause. (Justice Chief Justice Phillips
not sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Reagan Greer |
| |Clerk |
| |Mr. Herb Schaefer |